UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JUN 0 4 2010

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

)
UNITED STATES OF AMERICA,　　　)
　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　)
　　　　　v.　　　　　　　　　　)　　Criminal No. 10-0104 (ESH)
　　　　　　　　　　　　　　　　)
KYLE WALCOTT,　　　　　　　　　)
　　　　　　　　　　　　　　　　)
　　　　　　　　Defendant.　　　)
　　　　　　　　　　　　　　　　)

## ORDER

In a hearing before Magistrate Judge Alan Kay on May 17, 2010, defendant Kyle Walcott entered a plea of guilty. On May 18, 2010, the magistrate judge issued a Report and Recommendation advising the Court to accept defendant's plea. The Court has received no objection to the Report and Recommendation. *See* Local Crim. R. 59.2(b) ("Any party may file for consideration by the district judge written objections to the magistrate judge's proposed findings and recommendations . . . within fourteen (14) days after being served with a copy thereof."). Accordingly, the Court hereby adopts the recommendation of the magistrate judge and accepts defendant's guilty plea.

**SO ORDERED.**

_Ellen S. Huvelle_
ELLEN SEGAL HUVELLE
United States District Judge

Date: June 1, 2010

